ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Red Star Enterprises Limited FZCO | ) ASBCA Nos. 63253-ADR, 63260-ADR |
| | ) 63308-ADR, 63368-ADR |
| | ) 63609-ADR, 63610-ADR |
| | ) |
| Under Contract No. SPE605-21-D-9503 | ) |

APPEARANCES FOR THE APPELLANT:   Alejandro L. Sarria, Esq.
Jason N. Workmaster, Esq.
Connor Farrell, Esq.
  Miller & Chevalier Chartered
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Tamika Carroll, Esq.
Alex M. Mayfield, Esq.
  Trial Attorneys
  DLA Energy
  Fort Belvoir, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  January 5, 2024

_____
THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63253-ADR, 63260-ADR, 63308-ADR, 63368-ADR, 63609-ADR, 63610-ADR, Appeals of Red Star Enterprises Limited FZCO, rendered in conformance with the Board's Charter.

Dated:  January 8, 2024

_for_ Tammye D. Allison

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals